UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                           :
YAN LUIS,                                :
                          Plaintiff,    :
                                            :           22 Civ. 2259 (LGS)
                    -against-           :
                                            :               ORDER
EDLOE FINCH LLC,               :
                          Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an initial pretrial conference is scheduled for May 18, 2022.

        WHEREAS, by Order dated April 6, 2022, the parties were directed to file a joint letter

and proposed case management plan by May 11, 2022.

        WHEREAS, the parties failed to timely submit the joint letter or proposed case

management plan.  It is hereby

        **ORDERED** that by **May 13, 2022**, the parties shall file the joint letter and proposed case

management plan.

Dated: May 12, 2022
        New York, New York

                                        LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE